IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICKY LEE STOCKTON,

    Petitioner,        No. CIV S-02-0934 DFL GGH P

  vs.

ANTHONY LAMARQUE, et al.,

    Respondents.       <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 7, 2005, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. On July 26, 2005, this document was re-served on petitioner at his current address. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 7, 2005, are adopted in full; and

2. Petitioner's application for a writ of habeas corpus is denied.

DATED: 9/9/2005

_____
DAVID F. LEVI
United States District Judge

2